IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:06CR75** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **MARY LARSEN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's Motion to Continue Sentencing Hearing (Filing No. 10). The Government has no objection to the continuance and for good cause shown, the motion shall be granted.

IT IS ORDERED:

1. The Defendant's Motion to Continue Sentencing Hearing (Filing No. 10) is granted; and

2. The sentencing hearing is rescheduled before District Judge Laurie Smith Camp on the **27th day of July, 2006,** at **8:30 a.m.,** in Courtroom No. 2, Third Floor, Roman L. Hruska Courthouse, 111 S. 18th Plaza, Omaha, Nebraska.

Dated this 7th day of June, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge